[Cite as *Fankhauser v. Bucyrus Tourism & Visitors Bur.*, 2026-Ohio-2881.]

## IN THE COURT OF CLAIMS OF OHIO

| | |
|---|---|
| KURT FANKHAUSER | Case No. 2026-00180PQ |
| Requester | Judge Lisa L. Sadler |
| v. | <u>JUDGMENT ENTRY</u> |
| BUCYRUS TOURISM AND VISITORS BUREAU | |
| Respondent | |

{¶1} In this public-records case, a special master has issued a report and recommendation. The special master recommends that the court: (1) dismiss requester's complaint for lack of subject-matter jurisdiction, and (2) order requester to bear the costs of this case.

{¶2} Neither requester nor respondent has filed timely written objections to the report and recommendation in accordance with R.C. 2743.75(F)(2). Pursuant to R.C. 2743.75(F)(2), if neither party timely objects, then this court "shall promptly issue a final order adopting the report and recommendation, unless it determines that there is an error of law or other defect evident on the face of the report and recommendation." Upon independent review, the court finds that there is no error of law or other defect evident on the face of the report and recommendation. The court therefore adopts the report and recommendation.

{¶3} In accordance with the special master's recommendations, the court:

1)      Dismisses requester's complaint for lack of subject-matter jurisdiction; and

2)      Orders requester to bear the costs of this case.

{¶4} The clerk shall serve upon all parties notice of this judgment and its date of entry upon the journal.

_____

LISA L. SADLER
Judge

**Filed June 24, 2026**
**Sent to S.C. Reporter 7/27/26**